IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT FITZCHARLES, | |
| Plaintiff, | CIVIL ACTION NO. 3:CV-15-1036 |
| v. | (JUDGE CAPUTO) |
| SUPERINTENDENT MCNALLY, et al., | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. | |

## ORDER

**NOW**, this 9th day of July, 2015, upon review of Magistrate Judge Saporito's Report and Recommendation (Doc. 8) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 8) is **ADOPTED**.

(2) Plaintiff's "Motion to Amend Statement of Claims" (Doc. 9) is construed as an Amended Complaint.

(3) This matter is **RECOMMITTED** to the magistrate judge for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge