IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT FITZCHARLES, | |
| Plaintiff, | NO. 3:15-CV-01036 |
| v. | (JUDGE CAPUTO) |
| SUPERINTENDENT McNALLY, et al., | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. | |

## ORDER

**NOW**, this 17th day of December, 2015, upon review of the Report and Recommendation of Magistrate Judge Saporito (Doc. 41) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 41) is **ADOPTED in its entirety**.

(2) Plaintiff's Amended Complaint (Doc. 9) is **DISMISSED without prejudice**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge